IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RUTH ELIZABETH STONE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 2:06-CV-302-SRW |
| **K MART CORPORATION, and ABC...** | ) |
| those persons, organizations, or | ) |
| businesses whose names are unknown | ) |
| at this time, | ) |
| | ) |
|     **Defendants.** | ) |

## MOTION TO DISMISS

**COMES NOW** defendant Kmart Corporation (hereinafter "Kmart"), by and through the undersigned counsel and pursuant to Rule 12(b)(6) of the *Federal Rules of Civil Procedure*, and respectfully moves the Court to dismiss all claims made by plaintiff Ruth Elizabeth Stone with prejudice. As grounds for this motion, the defendant shows as follows:

1. The plaintiff's claims are barred by Kmart's Plan of Reorganization, confirmed by the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Case No. 02-B-02474.

2. The plaintiff's claims in this case are stayed by the United Stated Bankruptcy Court's injunction, and any attempt to lift that stay must be pursued in the Bankruptcy Court.

3. In further support of this motion, Kmart relies upon the grounds and authorities stated in the *Brief in Support of Motion to Dismiss* filed simultaneously herewith, and the order entered by the United Stated Bankruptcy Court confirming Kmart's Plan of Reorganization (Confirmation Order) attached to Kmart's *Brief in Support of Motion to Dismiss* as Exhibit A.

*/s/ Daniel P. Ogle*
Mark S. Boardman (ASB-8572-B65M)
Daniel P. Ogle (ASB-7121-I71O)
BOARDMAN, CARR & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211
Telephone: (205) 678-8000
Facsimile: (205) 678-0000

## CERTIFICATE OF SERVICE

I hereby certify that on **April 10, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Susan G. James, Esq.
Denise A. Simmons, Esq.
SUSAN G. JAMES & ASSOCIATES
600 South McDonough Street
Montgomery, Alabama 36104

*/s/ Daniel P. Ogle*
Of Counsel