# EXHIBIT A

MAR 9 2006 2:55PM  SEARS HOLDINGS CORP.                    NO. 212

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY        CV-06-502

RUTH ELIZABETH STONE, Plaintiff  v.  K MART CORPORATION, Defendant

NOTICE TO: K MART CORPORATION C/O THE CORPORATION COMPANY, 2000 INTERSTATE PARK DRIVE, SUITE 204, MONTGOMERY, AL 36109

THIS COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOU ATTORNEY TO THE PLAINTIFF OR

PLAINTIFF'S ATTORNEY: SUSAN G. JAMES
P.O. BOX 198, MONTGOMERY, AL 36101-0198

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

---

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

[ ] You are hereby commanded to serve this summons and a copy of the complaint in this action upon defendant.

[✓] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date 03/03/06   _____ By: _____
                      Clerk/Register

---

[ X ] Certified Mail is hereby requested.

_____
Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

[ ] Return receipt of certified mail received in this office on _____
                                                                    (Date)
[ ] I certify that I personally delivered a copy of the summons and complaint to _____
_____ in _____ County,
Alabama on _____
              (Date)

Date _____    Server's Signature _____

Address of Server _____    Type of Process Server _____

2006 FEB 23 PM 2:31

# IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY
## CIVIL DIVISION

RUTH ELIZABETH STONE,

    PLAINTIFF,

                                    CV 2006- 502

v.

K MART CORPORATION,
and ABC... those persons,
organizations or businesses
whose names are unknown at this time,

    DEFENDANTS.

## COMPLAINT

Plaintiff Ruth Elizabeth Stone complains of the Defendant(s) as follows:

### Parties

1. Plaintiff is an adult citizen of the State of Alabama and resides in Montgomery County Alabama.

2. Defendant K Mart Corporation, upon information and belief, is a corporation licensed to do business in the State of Alabama.

3. Fictitious parties A,B,C are individuals, partnerships, corporations or other legal entities that contributed to the plaintiff's injuries whose identities are otherwise unknown to the plaintiff at this time; or if their names are known to the plaintiff at this time, their identities as proper party defendants are not known, but their true names will be substituted by amendment when ascertained.

## Facts

4. Plaintiff was employed by K Mart corporation.

5. On or about April 1, 2002 plaintiff was arrested for and charged with theft of property by K Mart corporation.

6. Plaintiff proceeded with counsel through the various stages of the criminal proceedings over the course of several months.

7. On February 23, 2004 the charge against plaintiff was nolle prosequi.

## Malicious Prosecution

8. Plaintiff incorporates by reference all of the allegations above.

9. Plaintiff alleges that the criminal proceedings instigated against her by the defendant were done so maliciously and without probable cause and that she has suffered damages.

10. Plaintiff has suffered mental and emotional distress, embarrassment, shame and humiliation.

11. Plaintiff has suffered loss of income, loss of employment and injury to her reputation.

**WHEREFORE**, for good cause shown, Plaintiff demands judgment against the Defendant(s) for compensatory and punitive damages in such amount as the jury may award, but in excess of the minimum jurisdictional amount of this Court, plus

2

costs.

Susan G. James (JAM012)

Denise A. Simmons (SIM037)

Law Office of
Susan G. James & Associates
600 S. McDonough St.
Montgomery, AL 36104
Tel. 334-269-3330
Fax 334-263-4888

### PLAINTIFF HEREBY DEMANDS A TRIAL BY STRUCK JURY

Of Counsel

Service is requested on defendant via certified mail:
K Mart Corporation
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

3