# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **RUTH ELIZABETH STONE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **K MART CORPORATION,** ) | **Civil Action No.: CV-06-502** |
| **and ABC...those persons,** ) | |
| **organizations or businesses** ) | |
| **whose names are unknown at this** ) | |
| **time,** ) | |
| ) | |
| **Defendants.** ) | |

### AFFIDAVIT OF COUNSEL

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| SHELBY COUNTY | ) |

COMES NOW the undersigned affiant, Daniel P. Ogle, one of the counsel for defendant Kmart Corporation (hereinafter "Kmart"), and states as follows:

My name is Daniel P. Ogle.  I am one of the attorneys for Kmart in the case styled *Ruth Elizabeth Stone v. K Mart Corporation, et al.*, CV-20, in the Circuit Court of Montgomery County, Alabama.

I have filed herewith on behalf of defendant Kmart a Notice of Removal of this case to the United States District Court for the Middle District of Alabama, Northern Division, pursuant to the provisions of 28 U.S.C. §§ 1332 and 1441.

In support of the Petition for Removal, I have researched the recent history of jury verdicts in Alabama cases alleging malicious prosecution, which is the sole allegation of the complaint filed by plaintiff Ruth Elizabeth Stone.

My research of jury verdicts resulting from malicious prosecution cases in Alabama revealed the sampling of cases discussed in the defendant's Notice of Removal.

It is my conclusion, based on a preponderance of the evidence revealed through research of jury verdicts that the amount in controversy in this case is likely to exceed the sum and total of $75,000, the jurisdictional minium for removal to this court.

The foregoing facts are true and correct to the best of my knowledge.

This the _3d_ day of April, 2006.

_Daniel P. Ogle_
Daniel P. Ogle


STATE OF ALABAMA        )
                        )
SHELBY COUNTY           )

I, the undersigned, a Notary Public in and for said County in said State, hereby certify that Daniel P. Ogle, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily on the day the same bears date.

Given under my hand this _3rd_ day of _April_, 2006.

_Nancy _____
Notary Public

SEAL

My commission expires: _4-9-06_