**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                          TELEPHONE (334) 954-3600

April 25, 2006

# NOTICE OF REASSIGNMENT

Re:   Ruth E. Stone v. K-Mart Corporation
      Civil Action No. #2:06-cv-00302-SRW

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now #2:06-cv-00302-WKW.  This new case number should be used on all future correspondence and pleadings in this action.