# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RUTH ELIZABETH STONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No.: 2:06-CV-00302-WKW |
| K MART CORPORATION, and ABC... ) | |
| those persons, organizations, or ) | |
| businesses whose names are unknown ) | |
| at this time, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF SALLY E. ROCK

STATE OF MICHIGAN )
)
OAKLAND COUNTY )

COMES NOW the affiant, Sally E. Rock, having been duly sworn and deposes and says the following:

1. My name is Sally E. Rock.

2. I am employed by Kmart Management Corporation, a subsidiary corporation to the defendant in the above-styled action, as a Claims Manager and have been employed in that position since December 6, 2001. As such, I have available to me the records of the former Kmart Corporation (hereinafter "Kmart"), whose records show that Kmart employed the plaintiff, Ruth Elizabeth Stone, at its Store # 3054 in Montgomery, Alabama, between October 8, 2000, and March 29, 2002.

3. On April 1, 2002, Kmart was self-insured for the claim made by Ruth Elizabeth Stone and any other claims similar to hers.

This the 1st day of May, 2006.

_____
Name  *[signature]*

STATE OF MICHIGAN    )
                     )
OAKLAND COUNTY       )

    I, the undersigned, a Notary Public in and for said County in said State, hereby certify that _Sally Rock_, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, she executed the same voluntarily on the day the same bears date.

    Given under my hand this /s/ day of May, 2006.


_____
Notary Public

SEAL

My commission expires: _____

SANDRA D. SMITH
Notary Public, State of Michigan
County of Oakland
My Commission Expires Sept. 23, 2011